Exhibit 1

# Renewal, Inc.
339 Blvd of the Allies, Pittsburgh, PA 15222-1948 • Tel: (412) 456-4441 • Fax: (412) 995-4418 • Email: info@renewalinc.com

## INVENTORY OF RESIDENT POSSESSIONS

**Resident Name:** Parran, Randall
**Program:** County
**Staff Name:** Jadora Perminter
**Staff Signature:** Jadora Perminter

**Date of Inventory:** 4-18-17
**Register, DOC, PBPP or CC Number:** 117576
**Witness Name:** Garrett G
**Witness Signature:** [signature]

**Reason for Inventory (check one)**
☐ Release   ☐ Transfer   ☐ Hospitalization   ☒ Return   ☐ Escape

**Disposition (check one)**
☐ Contraband   ☐ Donated   ☐ Mailed   ☒ Storage   ☐ Collected by relative/friend

**Condition Codes**
☐ Excellent   ☐ Good   (☐ Fair)   ☐ Poor   ☐ Other (_____)

| # | Article | Condition | # | Article | Condition |
|---|---|---|---|---|---|
| | **CLOTHING** | | | **ELECTRONICS** | |
| | Bathrobe | | | Alarm Clock | |
| | Hats | | | CD Player w/ headphones | |
| 1 | Jackets / hoodie | | | Walkman | |
| | Neckties | | | | |
| | Overcoats | | | | |
| 3 | Pants, Casual | | | **PERSONAL ITEMS** | |
| | Pants, Dress | | | | |
| | Pajamas/Sleepwear | | | Books/Magazines | |
| 1 | Shirts, Casual | | | CDs/Tapes | |
| 1 | Shirts, Dress | | | Picture Frames | |
| | Shoes, Dress | | | | |
| | Shoes, Tennis/Casual | | | **OTHER ITEMS** | |
| | Slippers/Shower shoes | | 1 | Tie | |
| 6 | Socks | | 1 | belt | |
| | Suits | | 1 | Gloves | |
| | Sweaters | | | | |
| 2 | Towels | | | | |
| 1 | Washcloths | | | | |
| | Watch (list Make below) | | | | |
| 1 | underwear | | | | |
| 1 | shorts | | | | |

**Name of Person Collecting Articles:** _____
**Relationship to Resident:** _____
**Signature:** _____

**Date Articles Collected:** _____
**Identification Provided / ID Number:** _____