| FORM ACJ-135A  Exhibits 2 | ALLEGHENY COUNTY PRISON |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER**  Replaces JBC 135 which may be used. | 950 SECOND AVENUE  PITTSBURGH, PA 15219  *Complete Items Number 1-6. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

1. TO: (NAME AND TITLE OF OFFICER) Warden Orlando Harper    2. DATE: 7/25/17
3. BY: (INSTITUTIONAL NAME AND NUMBER) Randall Brown 117576
4. WORK ASSIGNMENT:
5. QUARTERS ASSIGNMENT: 3D Cell
6. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS

Mr. Harper this is to inform you of the following. As you know I went to the Room 1-381 filed at the Allen Towers on the County Plan (4AS-051) on 4-18-17 I was brought back to the A.C.J on that same day my sister went and pick up my personal belongings and the following items are missing. 1 pair of black and brown Polo boots (cost $179) and 1 Red black and white Jordan hoodie (cost $85). You have (7) days to find and bring me the above described items. your failure to do so will stipulate as your full agreement to pay Randall Brown 25,000 twenty five thousand dollars and 2,000 two thousand dollars a day for each day that his property is missing beginning from April 18, 2017 up until they are found and brought to him. The only way you are not subject to these damages is by finding and bring Randall Brown the items outline above within (7) days. Your failure to do so will constitute also any forever forfeit your right to dispute to this matter in any court on any grounds.

7. DISPOSITION: (DO NOT WRITE IN THIS SPACE)