FORM ACJ-135A

**Exhibit 3**

# INMATE'S REQUEST TO STAFF MEMBER

Replaces JBC 135 which may be used.

**ALLEGHENY COUNTY PRISON**

950 SECOND AVENUE
PITTSBURGH, PA 15219

Complete Items Number 1-6.
If you follow instructions in preparing your request,
it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Connie Clark | |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Randall Perran 117576 | 2. DATE 4-25-2017 |
| 4. WORK ASSIGNMENT | |
| 6. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS | 5. QUARTERS ASSIGNMENT 3D Cell 114 |

Ms Clark this is to inform you of the following. On 4-18-17 I was brought from 339 Blvd of the Allies (Renewal) To the ACJ. My sister picked up my belongings. The following items are missing: 1) Pair of Black and Brown size 9 Fab boots and 1) Red black and [illegible] will constitute your full agreement to the terms and conditions outline herein. 1) The RENEWAL INC [illegible] breach of contract (lost of property) 2) You agree to pay Randall Perran 25,000$ twenty five thousand dollars a day beginning from 4/18/17 up until they are found and if they are not found within two [illegible] then 120,000 one hundred twenty and twenty thousand dollars will become due immediately. Failure of the terms and conditions outline herein will become binding. I hereby [illegible] that this document was out in the inmate mailing system on 4-25-17 [illegible] to Connie Clark [illegible]

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

[illegible handwritten disposition notes]