Exhibit 4

ndall Parton 117576
Allegheny County Jail
950 2nd Ave.
Pgh. PA. 15219

Certified Mail 7011 2970 0004 1150 8170

7011 2970 0004 1150 8170

Renewal Inc. Amdem Zak
339 Blvd. Of The Allies
Pgh. Pa. 15219

May 1st, 2017

Mr. Zak, This to inform you of your Breach Of Contract and my attempt to make a good faith effort to Allow you to Fulfill your obligation on terms and conditions to your contract should you fail then the terms and conditions outline herein will be inforced and constitute a binding agreement between You and me. The issue is On April 18, 2017 My Sister pick up my property and I am missing 1 Pair of size 9 Brown and Black Polo boots and 1 Red black and white Jorden hoodie. You have Five (5) days to find and bring me the above property Your Failure to Will Stipulate your Full Agreement to the 1). That The Renewal Inc and its employees that work level 4. Will Pay Randall Parton 25,000$ twenty five thousand dollars for Breaching the Contract. 2). That if the Property is Not brought to him within the (5) Five Days That you and each employee that worked level (4/18/17 – 04/7/17) Will pay Randall Parton 2,000$ two thousand dollars a day beginning from April 18, 2017 up until they are brought to him. That if they are not brought to him within 60 days then One hundred and twenty thousand dollars will become due immediately 3). The only way to avoid liability and the terms and conditions is to have Randall Partons Property to him within Five days Failure to do so will also Stipulate as your full Agreement to waive all rights to claim a dispute in this matter in any court on any grounds.