**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Adam Zak Renewal Inc._
Street, Apt. No.; or PO Box No. _339 Blvd OF the Allies_
City, State, ZIP+4 _Pgh, PA 15219_

PS Form 3800, August 2006          See Reverse for Instructions

...RISON

ite _____

below turned over to:

2 _Delivered to Adam Zak 339 Blvd. OF the_
3 _Allies Pgh, PA 15219_
4 _____
5 _____
6 _Certified mail_          _c/o_
7 _____
8 _____

The above indicated transfer of such articles in my possession is requested voluntarily, of my own volition entirely and without responsibility of the Allegheny County Prison, its Warden or other personnel.

Signed, _____
WITNESS _____          Cell No. _____

I HEREBY ACKNOWLEDGE RECEIPT OF ALL ITEMS LISTED ABOVE:
OTHERS:          Signed _____
                 Address _____

Front Gate Officer _____          Date _____